IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAJARO/WATSONVILLE HOMELESS UNION, et al.,

Plaintiffs,

v.

CITY OF WATSONVILLE, et al.,

Defendants.

Case No.  21-cv-09778-MMC

**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED; VACATING CASE MANAGEMENT CONFERENCE**

Before the Court is defendants' unilaterally submitted Case Status Statement, filed June 24, 2022, wherein defendants report they contacted plaintiffs' counsel to coordinate the preparation of a joint statement but received no response.  Defendants further state it is their understanding that all parties believe plaintiffs' claims have become moot and that plaintiffs' counsel, although stating more than a month ago that plaintiffs were intending to file a dismissal, have not to date done so.

Under the circumstances, the Case Management Conference currently scheduled for July 1, 2022, is hereby VACATED, and plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than July 8, 2022, why the above-titled action should not be dismissed as moot.

**IT IS SO ORDERED.**

Dated: June 27, 2022

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California